SMITH KRIVOSHEY, PC
Yeremey O. Krivoshey, Esq. (SBN 295032)
yeremey@skclassactions.com
166 Geary Street, Suite 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: 888-410-0415

SHOOK, HARDY & BACON L.L.P.
Michael F. Healy (SBN 95098)
mfhealy@shb.com
Kara Flageollet (SBN347646)
kflageollet@shb.com
555 Mission Street, Suite 2300
San Francisco, California 94105
Telephone:  415.544.1900
Facsimile:   415.391.0281

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY TIMMINS, on behalf of Herself and all Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>WALMART, INC.,<br><br>                    Defendant. | Case No. 2:24-cv-02960-DJC-JDP<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE**<br><br> Action Filed:     October 28, 2024 |

The parties have jointly stipulated [Dkt. 6] to modify the responsive pleading deadlines and briefing schedule.

PER LOCAL RULE 144, approval of the Court is required to stipulate to extend the briefing schedule.

THEREFORE, the Parties jointly request the Court grant the following extensions to the briefing schedule, which have been agreed to by the Parties:

Defendant's deadline to file a responsive pleading is December 18, 2024.

If Defendant files a Motion as its responsive pleading, Plaintiff will have until January 24, 2025 to file its opposition, given the holiday seasons and travel schedules.

Defendant's deadline to file its reply in support of its motion will be due on or before February 4, 2024.

**IT IS SO ORDERED.**

Dated: November 15, 2024    /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE