UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY TIMMINS,<br><br>        Plaintiff,<br><br>   v.<br><br>WALMART, INC.,<br><br>        Defendant.<br>_____<br><br>LACEY TIMMINS,<br><br>        Plaintiff,<br><br>   v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>        Defendant. | No. 2:24-cv-02960-DJC-JDP<br><br><br><br><br><br><br><br><br>No. 2:24-cv-03017-JAM-JDP<br><br><br>RELATED CASE ORDER |

    In Response to this Court's Minute Order issued on April 29, 2025, (ECF No. 16) Plaintiff Lacey Timmins filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveal that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the

1

1  same question of law and their assignment to the same Judge or Magistrate Judge is
2  likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3).
3  Accordingly, the assignment of these matters to the same judge is likely to
4  substantially save judicial effort and is likely to be convenient for the parties.
5      The parties should be aware that relating cases under Rule 123 causes the
6  actions to be assigned to the same judge, it does not consolidate the actions. Under
7  Rule 123, related cases are generally assigned to the judge to whom the first filed
8  action was assigned.
9      As a result, it is hereby ORDERED that 2:24-cv-03017 is reassigned from Senior
10 District Judge John A. Mendez to the Undersigned. Magistrate Judge Jeremy D.
11 Peterson is already the assigned Magistrate Judge to both actions. Henceforth, the
12 caption on documents filed in the reassigned case shall be shown as 2:24-cv-03017-
13 DJC-JDP.
14     It is further ORDERED that the Clerk of the Court make appropriate adjustment
15 in the assignment of civil cases to compensate for this reassignment.
16
17     IT IS SO ORDERED.
18 Dated: **May 14, 2025**

    */s/ Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

26 DJC6 – TIMMINS24cv02960.nrc

2