| | |
|---|---|
| 1 | SMITH KRIVOSHEY, PC |
| 2 | Yeremey O. Krivoshey, Esq. (SBN 295032)<br>yeremey@skclassactions.com |
| 3 | 166 Geary Street, Suite 1500-1507<br>San Francisco, CA 94108 |
| 4 | Telephone: 415-839-7077<br>Facsimile: 888-410-0415 |
| 5 | SHOOK, HARDY & BACON L.L.P. |
| 6 | Michael F. Healy (SBN 95098)<br>mfhealy@shb.com |
| 7 | Kara Flageollet (SBN347646)<br>kflageollet@shb.com |
| 8 | 555 Mission Street, Suite 2300<br>San Francisco, California 94105 |
| 9 | Telephone: 415.544.1900<br>Facsimile: 415.391.0281 |
| 10 | Attorneys for Defendant |
| 11 | WALMART INC. |

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY TIMMINS, on behalf of Herself and all Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART, INC.,<br><br>    Defendant. | Case No.:   2:24-cv-02960-DJC-JDP<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE**<br><br>Action Filed:  October 28, 2024 |

1 | The parties have jointly stipulated [Dkt. 21] to modify the responsive pleading deadlines and briefing schedule.

PER LOCAL RULE 144, approval of the Court is required to stipulate to extend the briefing schedule.

THEREFORE, the Parties jointly request the Court grant the following extensions to the briefing schedule, which have been agreed to by the Parties:

Defendant's deadline to file a responsive pleading to the First Amended Complaint is July 23, 2025.

If Defendant files a Motion as its responsive pleading, Plaintiff will have until August 13, 2025 to file its opposition, given the holiday seasons and travel schedules.

Defendant's deadline to file its reply in support of its motion will be due on or before August 20, 2025.

**IT IS SO ORDERED.**

Dated:  July 15, 2025          /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE