**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey, Esq. (California Bar No. 295032)
yeremey@skclassactions.com
Brittany S. Scott, Esq. (California Bar No. 327132)
brittany@skclassactions.com
166 Geary Street, Suite 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: 888-410-0415

**SMITH KRIVOSHEY, PC**
Joel D. Smith (California Bar No. 244902)
E-Mail: joel@skclassactions.com
867 Boylston Street, 5thFloor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404

Attorneys for Plaintiff, LACEY TIMMINS

**SHOOK, HARDY & BACON L.L.P.**
Michael F. Healy (SBN 95098)
mfhealy@shb.com
Kevin Underhill (SBN 208211)
kunderhill@shb.com
Kara Flageollet (SBN 347646)
kflageollet@shb.com
555 Mission Street, Suite 2300
San Francisco, California 94105
Tel:   415-544-1900
Fax:   415-391-0281

Attorneys for Defendant, WALMART, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY TIMMINS,<br><br>       Plaintiff,<br><br>   vs.<br><br>WALMART, INC.,<br><br>       Defendant. | Case No. 2:24-cv-02960-DJC-JDP<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Daniel J. Calabretta<br>Courtroom: 7<br>Complaint filed: October 28, 2024 |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Lacey Timmins and Defendant Walmart, Inc., that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of the individual claims asserted by Plaintiff Lacey Timmins against Defendant Walmart, Inc. are hereby dismissed without prejudice.

Dated: October 24, 2025        Respectfully submitted,

SMITH KRIVOSHEY, PC

By: /s/ *Joel D. Smith*
Joel D. Smith
Yeremey O. Krivoshey
Brittany S. Scott

Attorneys for Plaintiff,
LACEY TIMMINS

Dated: October 24, 2025        Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Michael F. Healy (w/ permission)*
Michael F. Healy
Kevin Underhill
Kara Flageollet

Attorneys for Defendant,
WALMART, INC.